UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Adrian Scott Duane, )
) Case No: 3:17-cv-00078
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
IXL Learning Inc. and Paul Mishkin, ) **(CIVIL LOCAL RULE 11-3)**
)
Defendant(s). )

I, Natasha M. Lockhart, an active member in good standing of the bar of Michigan, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants in the above-entitled action. My local co-counsel in this case is R. Randy Wertz, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 3001 W. Big Beaver Road, Suite 624<br>Troy, MI 48084 | 220 Montgomery Street, Suite 301<br>San Francisco, CA 94104 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (248) 649-3333 | (415) 675-7000 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| lockhart@youngbasile.com | rrwertz@itkc.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P78954.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/20/17

APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Natasha M. Lockhart is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 25, 2017.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                          October 2012